UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

    **Plaintiff,**

    v.

MICHAEL PATRICK O'GORMAN,

    **Defendant.**

Case No. 1:06-CR-30047-MC

# ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE

On November 19, 2007, the defendant appeared before this court, for sentencing following his plea of guilty to Counts 1 and 2 of the Information. He was sentenced to one hundred twenty (120) months custody followed by a five (5) year term of supervised release, upon the standard and special conditions. The term of supervised release commenced on May 29, 2015.

On October 5, 2018, this court issued a petition for summons and order to show cause why the term of supervised release order previously granted should not be revoked based on the probation officer's allegation that defendant violated the conditions of release.

ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION
OF THE TERMS OF CONDITIONS OF SUPERVISED RELEASE - PAGE 1

On October 16, 2018, the defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted he had violated the conditions of supervised release by failing to comply with Standard Condition No. 12 by using methamphetamine on September 4 and 9, 2018.

THE COURT FINDS that the defendant has violated Standard Condition No. 12 of his supervised release as set forth above, said violation constitutes a Grade C violation pursuant to Guideline § 7B1.1(a)(2). A Grade C violation coupled with the defendant's Criminal History Category of V, produces a suggested imprisonment range of 7 to 13 months (§ 7B1.4 Revocation Table).

IT APPEARS TO THE COURT that the defendant is amenable to supervision.

IT IS ORDERED AND ADJUDGED that the term of supervised release is continued under the previously imposed conditions of supervision and the following new conditions:

1. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

2. You must complete twenty (20) hours of community service within six (6) months. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.

3. You must observe Reentry Court as directed by the Court and/or probation office.

Dated this 19 day of October, 2018.

Michael J. McShane
United States District Judge